**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 00-6210

───────────────

NEIL WILLIAMS,

Plaintiff - Appellant,

versus

PRIME CARE MEDICAL; BEVERLY BILICH, L.P.N.;
JODI CUNNINGHAM, Counselor; PAM FULTON, R.N.;
JAMES D. SPENCER, Administrator,

Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief District Judge. (CA-99-147)

───────────────

Submitted:  May 10, 2000                    Decided:  May 19, 2000

───────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Neil Williams, Appellant Pro Se.  Michele Grinberg, FLAHERTY, SENSABAUGH & BONASSO, Charleston, West Virginia; Chad Marlo Cardinal, Assistant Attorney General, Charleston, West Virginia, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Neil Williams appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint pursuant to 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Williams v. Prime Care Medical, No. CA-99-147 (N.D.W. Va., Jan. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2